UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

James M. Kane
Susan A. Kane

Debtors

Case No. 10-18898 JNF

Chapter 13

## ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* filed on 3/6/2012 by James M. Kane and Susan A. Kane is **denied without prejudice** for failure to provide the Court with documentation evidencing the debtors' right to the claim sufficient to support payment pursuant to 28 U.S.C. §2042.

Dated: April 4, 2014

BY THE COURT

/s/ Joan N. Feeney
United States Bankruptcy Judge